# EXHIBIT A

| (12) | United States Design Patent | (10) Patent No.: | US D650,534 S |
|---|---|---|---|
| | Bormann | (45) Date of Patent: ** | Dec. 13, 2011 |

(54) **POULTRY NESTING BOX**

(75) Inventor: **Shawn M. Bormann**, Hutchinson, MN (US)

(73) Assignee: **Miller Manufacturing Company, Inc.**, Eagan, MN (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/393,472**

(22) Filed: **Jun. 4, 2011**

(51) **LOC (9) Cl.** .................................................. 30-02
(52) **U.S. Cl.** ..................................................... **D30/110**
(58) **Field of Classification Search** ......... D30/108–120, D30/161; 119/28.5, 161–170, 482, 496–499, 119/502, 512–513, 712, 416, 437, 445, 452, 119/453, 455
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 680,821 | A | 8/1901 | Tremere |
| 1,435,497 | A | 11/1922 | Purdy |
| 1,519,518 | A | 12/1924 | Thorp et al. |
| 1,807,253 | A | 5/1931 | Peterson |
| 1,827,944 | A | 10/1931 | Krogstad |
| 1,923,980 | A | 8/1933 | Hultine |
| 2,174,326 | A | 9/1939 | Leibenguth |
| 2,266,685 | A | 12/1941 | Dadlow |
| 2,728,324 | A | 12/1955 | Radocy |
| 2,892,447 | A | 6/1959 | Keen et al. |
| D222,365 | S | * 10/1971 | Abrens ......................... D30/113 |
| D288,733 | S | * 3/1987 | Welker ......................... D30/108 |
| 7,849,818 | B2 | * 12/2010 | Matsuo et al. ................. 119/166 |

OTHER PUBLICATIONS

Photograph of EZ Coop Single Nesting Box, undated.

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Ania Aman
(74) *Attorney, Agent, or Firm* — James W. Miller

(57) **CLAIM**

The ornamental design for a poultry nesting box, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a poultry nesting box showing my new design;
FIG. **2** is a front elevational view of the design illustrated in FIG. **1**;
FIG. **3** is a right elevational view of the design illustrated in FIG. **1**;
FIG. **4** is a left elevational view of the design illustrated in FIG. **1**;
FIG. **5** is a top view of the design illustrated in FIG. **1**; and,
FIG. **6** is a bottom view of the design illustrated in FIG. **1**.
The broken line showing in FIG. **1** of a chicken and some nesting straw inside the nesting box is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





FIG.1



FIG. 2



FIG. 3



FIG.4



FIG. 5



FIG. 6

# EXHIBIT B



# EXHIBIT C